**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Randy MacKeith DUNCANSON, a.k.a.
Lorenzo McCloud, Defendant–
Appellant.**

**No. 11–10732
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 2, 2011.

Robert G. Davies, Thomas F. Kirwin, U.S. Attorney's Office, Pensacola, FL, J.

914

Ryan Love, U.S. Attorney's Office, Panama City, FL, for Plaintiff–Appellee.

Jonathan Wesley Dingus, Attorney at Law, Panama City, FL, for Defendant–Appellant.

Randy MacKeith Duncanson, Panama City, FL, pro se.

Before BARKETT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Jonathan Dingus, appointed counsel for Randy MacKeith Duncanson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Duncanson's conviction and sentence are **AFFIRMED**.